UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEB 27 2024 PM 12:55
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-76 KKM-TGW
18 U.S.C. § 1349

GLENWOOD HARRISON
 a/k/a "GARRETT HARRISON"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Conspiracy)

#### A. Introduction

At times material to this Indictment:

1. Defendant Glenwood Harrison, a/k/a Garrett Harrison, (hereinafter "HARRISON") was a resident of the Middle District of Florida.

2. Co-Conspirator 1 was a resident of the Middle District of Florida.

3. Co-conspirator 2 was a resident of the Middle District of Florida.

4. Credit Union 1 was a federally-chartered credit union with branches located in the Middle District of Florida and elsewhere. Credit Union 1 was a financial institution, and its accounts and deposits were insured by the National Credit Union Association Share Insurance Fund. Credit Union 1 maintained

branches and Automatic Teller Machines ("ATM") in the Middle District of Florida and elsewhere. Credit Union 1 was a member institution of the Federal Home Loan Bank of Atlanta.

5. Bank 1 was a financial institution with deposits insured by the Federal Deposit Insurance Corporation. Bank 1 maintained branch offices in the Middle District of Florida.

6. Company 1 was a business located in Jamaica, New York that maintained a corporate bank account with Bank 1.

7. Account Holder 1 maintained a checking account at Credit Union 1 ending in xx341.

### B. The Conspiracy

6. From an unknown date, but at least as early as in or around October 2019, and continuing through in or around February 2020, in the Middle District of Florida, and elsewhere, the defendant,

GLENWOOD HARRISON,
a/k/a "GARRETT HARRISON"

co-conspirator 1, co-conspirator 2, and others did knowingly and voluntarily combine, conspire, confederate, and agree with others, both known and unknown to the grand jury, to commit bank fraud, in violation of 18 U.S.C. § 1344.

### C. Manner and Means of the Conspiracy

10. The manner and means by which defendants HARRISON, co-conspirator 1, co-conspirator 2, and others sought to accomplish the object of the conspiracy included, among others, the following:

    a. It was a part of the conspiracy that HARRISON would and did recruit and convince Account Holder 1 to provide her Credit Union 1 debit card, bank account information, and online banking password for checking account xx341 so that other conspirators could deposit items into her account for HARRISON's own financial benefit.

    b. It was further part of the conspiracy that HARRISON would and did direct Account Holder 1 to mail her Credit Union 1 debit card, bank account number, PIN, and online banking password to co-conspirator 2.

    c. It was further part of the conspiracy that co-conspirator 2 would and did transfer Account Holder 1's debit card, PIN, and other account information to other conspirators.

    d. It was further part of the conspiracy that co-conspirator 1 would and did obtain Account Holder 1's debit card, PIN, and other account information from a co-conspirator.

    e. It was further part of the conspiracy that co-conspirator 1 would and did obtain Company 1 counterfeit checks from co-conspirators.

    f. It was further part of the conspiracy that co-conspirator 1 and other conspirators would and did fraudulently deposit counterfeit checks in the name of Company 1 into Account Holder 1's account at Credit Union 1 via Credit Union 1 ATM machines located in the Middle District of Florida using Account Holder 1's debit card and PIN.

    g. It was further part of the conspiracy that co-conspirator 1 and others would and did fraudulently withdraw funds from Account Holders 1's account at Credit Union 1 ATM machines located in the Middle District of Florida using Account Holder 1's debit card and PIN.

    h. It was further part of the conspiracy that co-conspirator 1 and others would and did purchase Western Union money orders at retailers located in the Middle District of Florida.

    i. It was further part of the conspiracy that co-conspirator 1 and others would and did obtain and share ill-gotten fraud proceeds obtained during the conspiracy based upon their roles in the conspiracy.

    j. It was further part of the conspiracy that defendant and other conspirators would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the object and purposes of the conspiracy and the acts committed in furtherance thereof.

  All in violation of 18 U.S.C. § 1349.

## FORFEITURES

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(2)(A).

2. Upon conviction of a violation of 18 U.S.C. § 1349, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of at least $39,000, which represents the proceeds obtained from the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Christopher Poor
Assistant United States Attorney

By: *[signature]*
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
February 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

### GLENWOOD HARRISON
a/k/a "GARRETT HARRISON"

## INDICTMENT

Violations: 18 U.S.C. § 1349

A true bill,

███████████████████████
Foreperson

Filed in open court this 27th day

of February 2024.

*Sarah Toombs*
Sarah Toombs, Clerk

Bail $_____

GPO 863 525